**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

| | | | |
|---|---|---|---|
| **Place of Offense:** _____ | **Category No.** II | **Investigating Agency** IRS-CI | |
| **City** _____ | **Related Case Information:** | | |
| **County** Plymouth | Superseding Ind./ Inf. _____ | Case No. _____ | |
| | Same Defendant _____ | New Defendant _____ | |
| | Magistrate Judge Case Number | 23-mj-5013-JGD | |
| | Search Warrant Case Number | 22-MJ-5041-JGD; See below | |
| | R 20/R 40 from District of _____ | | |

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 23-mj-5014-JGD; 23-mj-5015-JGD   ☑ Yes  ☐ No

Defendant Name: Wallace Billy Ford   Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address: Buford, GA

Birth date (Yr only): 1984   SSN (last 4#): 8557   Sex: M   Race: ____   Nationality: ____

Defense Counsel if known: Eric P. Christofferson   Address: 33 Arch Street 26th Floor

Bar Number: 654087   Boston, MA 02110-1447

**U.S. Attorney Information**

AUSA: David M. Holcomb   Bar Number if applicable: 694712

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:** _____

**Arrest Date:** 01/25/2023

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by: Hon. Judith G. Dein   on 02/09/2023

**Charging Document:** ☐ Complaint   ☑ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty ____  ☐ Misdemeanor ____  ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 1/16/2024   Signature of AUSA:  /s/ David M. Holcomb

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  Wallace Billy Ford

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant numbers: 23-mj-5016-JGD; 23-mj-5017-JGD; 23-mj-5018-JGD; 23-mj-5314-JGD

Seizure Warrant: 23-mj-5019-JGD; 23-mj-5020-JGD; 23-mj-5021-JGD; 23-mj-5022-JGD; 23-mj-5023-JGD; 23-mj-5024-JGD

**Criminal Case Cover Sheet**             **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** II     **Investigating Agency** IRS-CI

**City** _____

**County** Plymouth

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number: 23-mj-5013-JGD
Search Warrant Case Number: 22-MJ-5041-JGD; See below
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 23-mj-5014-JGD; 23-mj-5015-JGD    ☑ Yes ☐ No

Defendant Name: Adiana Pierre    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: Adiana Richardson
Address: Lookout Mountain, TN

Birth date (Yr only): 1983    SSN (last 4#): 0439    Sex: F    Race: _____    Nationality: _____

**Defense Counsel if known:** Michael R. DiStefano    Address: One Federal Street 27th Floor
Bar Number: 675615    Boston, MA 02110

**U.S. Attorney Information**
AUSA: David M. Holcomb    Bar Number if applicable: 694712

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** 01/25/2023

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: Hon. Judith G. Dein    on 02/09/2023

**Charging Document:** ☐ Complaint    ☑ Information    ☐ Indictment
**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 1/16/2024    Signature of AUSA: /s/ David M. Holcomb

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Adiana Pierre

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant numbers: 23-mj-5016-JGD; 23-mj-5017-JGD; 23-mj-5018-JGD; 23-mj-5314-JGD

Seizure Warrant: 23-mj-5019-JGD; 23-mj-5020-JGD; 23-mj-5021-JGD; 23-mj-5022-JGD; 23-mj-5023-JGD; 23-mj-5024-JGD

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** _____ | **Category No.** II | **Investigating Agency** IRS-CI |
| **City** _____ | **Related Case Information:** | |
| **County** Plymouth | Superseding Ind./ Inf. _____   Case No. _____ | |
| | Same Defendant _____   New Defendant _____ | |
| | Magistrate Judge Case Number 23-mj-5013-JGD | |
| | Search Warrant Case Number 22-MJ-5041-JGD; See below | |
| | R 20/R 40 from District of _____ | |

**Defendant Information:**   Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number  23-mj-5014-JGD; 23-mj-5015-JGD   [✓] Yes   [ ] No

Defendant Name: Gardy Alexandre   Juvenile: [ ] Yes  [✓] No

Is this person an attorney and/or a member of any state/federal bar: [ ] Yes  [✓] No

Alias Name: _____

Address: West Palm Beach, FL

Birth date (Yr only): 1972   SSN (last 4#): 6229   Sex: M   Race: _____   Nationality: _____

Defense Counsel if known: James L. Sultan   Address: 1666 Massachusetts Avenue Suite P-16

Bar Number: 488400   Lexington, MA 02420

**U.S. Attorney Information**

AUSA: David M. Holcomb   Bar Number if applicable: 694712

**Interpreter:** [ ] Yes  [✓] No   List language and/or dialect: _____

**Victims:** [✓] Yes  [ ] No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  [ ] Yes  [ ] No

**Matter to be SEALED:** [ ] Yes  [✓] No

[ ] Warrant Requested   [✓] Regular Process   [ ] In Custody

**Location Status:** _____

**Arrest Date:** 01/26/2023

[ ] Already in Federal Custody as of _____ in _____.
[ ] Already in State Custody at _____   [ ] Serving Sentence   [ ] Awaiting Trial
[✓] On Pretrial Release:   Ordered by: Hon. Judith G. Dein   on 02/09/2023

**Charging Document:**   [ ] Complaint   [✓] Information   [ ] Indictment

**Total # of Counts:**   [ ] Petty _____   [ ] Misdemeanor _____   [✓] Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 1/16/2024   Signature of AUSA: /s/ David M. Holcomb

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Gardy Alexandre

## U.S.C. Citations

| Set | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search Warrant numbers: 23-mj-5016-JGD; 23-mj-5017-JGD; 23-mj-5018-JGD; 23-mj-5314-JGD

Seizure Warrant: 23-mj-5019-JGD; 23-mj-5020-JGD; 23-mj-5021-JGD; 23-mj-5022-JGD; 23-mj-5023-JGD; 23-mj-5024-JGD